Name _Patrick D. Walker_

Street Address _100 center st -_

City and County _Maricopa - Kern County_

State and Zip Code _Calif - 93252_

Telephone Number _805 - 561 - 3774_

**FILED**

JUL 25 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Patrick Duane-Walker_

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_United States Fedral gouerment_

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _1-24-CV-00857-BAM_

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
            *(check one)*

**RECEIVED**

JUL 25 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____DEPUTY CLERK

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name               _Patrick Duane Walker_
Street Address     _100 Center St._
City and County    _Maricopa – Kern county_
State and Zip Code _Calif. 93252_
Telephone Number   _____

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                _united states Federal goverment_
Job or Title        _President Biden._
(if known)
Street Address      _1600 pennsylvania ave_
City and County     _Washington D.C._
State and Zip Code  _Washington D.C. 205000_
Telephone Number    _202-456-1111_

Defendant No. 2

Name                _____
Job or Title        _____
(if known)
Street Address      _____
City and County     _____
State and Zip Code  _____
Telephone Number    _____

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question         ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My Right to protection was violated By my own government ive Been Being Burned and 3 dead Dogs at the Hands of a U.S. satelite, The united states owns the satelite

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

they allowed this for 15 years of my Life
you cant Buy a Life - so my Time is money
in the amount of, 156.3 Trillion Dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

For 15 years it has Been a U.S. Satelite Burning
me up trips to the Doctor and 3 dead Dogs as Soon
as they Drop the Data they will Have the Proof,
From their own Satelites. that and the Scars
on my Body.

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Those who attacked with the satelite put on Death Row, and payment for 15 years of Burns and pain. plus 3 dead dogs.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-18-, 2024

Signature of Plaintiff    Patrick D. Walker
Printed Name of Plaintiff    PATRICK D. WALKER

6

STATEMENT of fact

TO whom it may concern,

I Live By my self. But I Have friends that come By or I would go to there House, there was a voice going on in my Head, some one was using "voice to skull" that was invented in 1989 and "manipulation of the nervios system" That was invented in 2000 Both have Been used on me and the citizens of Maricopa Ca, it has Been used From a U.S. satelite as a weapon. The Treaty of 1967 says "There are to Be no weapons in space" yet a U.S. satelite was used on me and Killed my three Dogs. The United States is Liable For all Damage's under The Treaty they signed. it says Right in the U.N. charter, I have tried calling the Law about this nothing was Done. I wrote 9 letters to the white house and 7 to govenor newsom. nothing was Done, I called the F.B.I they told me Dont call Back and that I was crazy. I am of sound mind my government Did nothing while the Law was the one Burning me alive..

Patrick D. Walker

7-10-24

STATment of
Fact.    7-18-24

My name is PATRICK DUANE-WalkeR
as to the fact of a satellite Being used on
me and my Dogs I tried to get help to stop
what was happening to me from every way I
could I went To the Local Law they did
nothing then I went to two of my Local Senators
offices they did nothing then I wrote 7 Letters
to the governor of calif and spoke to his AiD ADRian
then put 2 of those Letters on public Record.
I went to the F.B.I they did nothing again,
in fact they toLD me Dont call Back. as for my
self my government stood Back and Let people
use satellites that the american people DiD
not know our government had that could Be
used with features Like "voice TO skull" or
"manipulate the nervios system". it is Right
out of "STAR WARS" But Being used on me.
someHow my family is tied up in it, they Have
Been in on the "voice to skull" chesteR walkeR
and family of taft ca. and mike walkeR and
family Have Been talking alot of things only family
wald have known with using "voice TO skull.
I think The "TAft city police and the "KeRn
county sheRRiffs gave the walkeR access To
The satellites that, Have Been used on me that
Disfigured me and killed my 3 Dog's, and those
Satellites are owned By the U.S. gaveRment. this
vidates The TReaty of 1967. those satellites Have
Damaged me foR the Rest of my Life.
                          Patrick D. WalkeR
                     100 centeR St / P.O. BOX 51
                     Maricapa can. 93252
                     Ph- 805-561-3774.

To The clear

my name is Patrick D. Walker,
I wanted to write you a short note
just to assure you this is not
a joke god or a prank, we Been
wronged and so I wont to tore this
matter into a court Room. thank you
for sending me the proms any
questions call me at 805-561-3724.
thank you.

Patrick D. Walker.