# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FEDERAL GOVERNMENT.<br><br>    Defendant. | 1:24-cv-00857-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Patrick D. Walker, proceeding *pro se*, filed this civil action on July 25, 2024, along with an application to proceed *in forma pauperis*. (Doc. 1, 2.) However, as there are deficiencies with the IFP application, the Court will direct Plaintiff to file a new and separate application.

First, under item 2(b) on the IFP application, Plaintiff writes that he is self-employed but does not state the date of last employment, the amount of take-home salary or wages, the pay period for the salary or wages, and the name and address of the last employer. (Doc. 2 at 1.) Furthermore, under item 3 in the IP application, Plaintiff checked that he received money from "Business, profession or other self-employment" and "other sources," but does not describe "each source of money and state the amount received and what [he expects he] will continue to receive." (*Id.*)

1

Under 28 U.S.C. § 1915(a)(1), a *pro se* plaintiff may proceed without prepayment of fees by submitting "an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." *See Flores v. California Corr. Women's Facility*, No. 1:19-cv-1509-NONE-JLT, 2020 WL 8821643, at *1 (E.D. Cal. June 24, 2020) (noting that § 1915(a)(1) applies to non-prisoner plaintiffs). Without knowing each Plaintiff's financial circumstances, the Court cannot conclude that he is unable to pay the $405.00 filing fee for this case. Accordingly, the Court will require Plaintiff to file a complete application that addresses the deficiencies listed above.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to mail Plaintiff a form IFP application. (Form AO 240);
2. Plaintiff shall complete this IFP application, accurately, truthfully, and completely answering all questions, and shall file the form by no later than **August 30, 2024.** Alternatively, Plaintiff may pay the $405.00 filing fee to proceed with this case;
3. No extension of time will be granted without a showing of good cause; and
4. The failure to comply with this order may result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **July 29, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE