UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. WALKER,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES FEDERAL GOVERNMENT,<br><br>          Defendant. | Case No.: 1:24-cv-00857-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>Doc. 5 |

On July 25, 2024, plaintiff Patrick D. Walker, proceeding pro se, filed this civil action. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2024, the assigned magistrate judge reviewed plaintiff's application to proceed in forma pauperis (Doc. 2), found it to be incomplete, and ordered plaintiff to file a complete application or to pay the $405.00 filing fee by August 30, 2024, to proceed with this case, Doc. 3. On August 9, 2024, the order was returned to the Court as "Undeliverable, unable to forward." *See* Docket. Plaintiff failed to file a change of address as required by Local Rule 183(b). *See* Docket; *see also* Local Rule 183(b).

Accordingly, on December 11, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to prosecute

pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 183(b).  Doc. 5.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.[1]  *Id.* at 3.  Plaintiff has not filed any objections, and the time to do so has passed.  Nor has plaintiff updated his address or otherwise communicated with the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 11, 2024, Doc. 5, are adopted in full;
2. This action is dismissed without prejudice based on plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 12, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] Though the findings and recommendations were also returned to the Court as undeliverable on December 18, 2024, they were properly served on plaintiff. *See* Local Rule 182(f) ("Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective.").

2